JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel.: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiff
BRIAN THIEL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THIEL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GMAC MORTGAGE, LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **Case No.: 2:10-cv-00645-MCE-DAD**<br><br>**NOTICE OF MOTION AND MOTION TO ALTER OR AMMEND JUDGMENT [FRCP §50(e)] OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM JUDGMENT [FRCP §60(b)]**<br><br>Date:　　　April 7, 2011<br>Time:　　　2:00 p.m.<br>Courtroom:　7, 14th Fl.<br>Judge:　　　Hon. Morrison C. England, Jr. |

**Please take notice** that on April 7, 2011, or as soon thereafter as counsel may be heard in Courtroom 7, 14th Floor, of the above-entitled court at 501 I "Street, Sacramento, CA 94814, before the Honorable Morrison C. England, Jr., Plaintiff Brian Thiel will, and hereby does move the Court to reconsider its Dismissal of the cause of action in Plaintiff's Second Amended Complaint for Fraud and the consequent dismissal with prejudice of the entire action and, instead to grant the Motion To Dismiss the Second Cause of Action with leave to amend.

UNITED LAW CENTER
3013 Douglas Blvd.
Suite 200
Roseville, CA
95661

Notice of Motion and Motion
Case No.: 2:10-cv-00645-MCE-DAD
-1-

The motion is based on this notice and motion, the accompanying Memorandum of Points and Authorities, as well as the Complaint and other records on file in this action, and any further briefs, evidence, authorities, or argument presented before or at the hearing of this motion.

Dated: February 28, 2011                    UNITED LAW CENTER


                                            By: /s/ John S. Sargetis
                                                John S. Sargetis
                                                Attorneys for Plaintiff

UNITED LAW CENTER
3013 Douglas Blvd.
Suite 200
Roseville, CA
95661

Notice of Motion and Motion
Case No.: 2:10-cv-00645-MCE-DAD
-2-